IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RENDELL WRIGHT,                          :
                                         :
        Petitioner,                      :
                                         :
vs.                                      : CIVIL ACTION 11-0469-KD-M
                                         :
JERRY FERRELL,                           :
                                         :
        Respondent.                      :

                            ORDER

        After due and proper consideration of all portions  of this file

deemed relevant to the issues raised, and a de novo determination

of those portions of the Report and Recommendation to which objection

is made, the Report and Recommendation of the Magistrate Judge made

under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

        It is **ORDERED** that this action be and is hereby **DISMISSED** without

prejudice for failure to prosecute and to obey the Court's Order.

        DONE this 27th day of December, 2011.

                                s/ Kristi K. DuBose
                                KRISTI K. DuBOSE
                                UNITED STATES DISTRICT JUDGE